FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 FEB 17 PM 12: 59

LORETTA G. WHYTE
CLERK

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| RODNEY JENKINS WELLS | CIVIL ACTION |
| VERSUS | NO. 04-3022 |
| ORLEANS PARISH PRISON CRIMINAL, SHERIFF'S OFFICE, ET AL. | SECTION "D" (5) |

## O R D E R

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of plaintiff to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that plaintiff's Section 1983 claims be **DISMISSED WITH PREJUDICE.**

New Orleans, Louisiana, this 17 day of Feb, 2006.

_____
UNITED STATES DISTRICT JUDGE

___ Fee____
___ Process___
_X_ Dktd___
___ CtRmDep__
___ Doc. No.___